**Cheryl A. SHARP, Plaintiff–Appellant,**

v.

**Keith FISHBURNE; Peggy Smith; Marvin E. Vann; Special Olympics North Carolina, Defendants–Appellees.**

**No. 02–2016.**

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 27, 2003.

Decided Feb. 14, 2003.

Cheryl A. Sharp, Appellant Pro Se. Gretchen W. Ewalt, MAupin, Taylor & Ellis, P.A., Raleigh, North Carolina, for Appellees.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Cheryl A. Sharp appeals the district court's order granting the Defendants' motion to dismiss and dismissing her civil action with prejudice for failure to comply with a court order. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Sharp v. Fishburne*, No. CA–00–457–5–BR (E.D.N.C. July 30, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*